1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER IVAN DUNLAP, | ) Case No. CV 12-8562-DOC (SH) |
| Petitioner, | ) JUDGMENT OF DISMISSAL |
| v | ) |
| ELVIN VALENZUELA, Warden, | ) |
| Respondent. | ) |

On July 22, 2013, petitioner filed a "Notice of Election to Proceed with Petition for Writ of Habeas Corpus in its Present State" ("Notice of Election"), which the Court construes as petitioner's election of Option 4 of the Court's July 10, 2013 Minute Order. Specifically, petitioner has elected to proceed with his Petition in its present state, and petitioner has chosen to dismiss the Petition as a

1

"mixed petition."[1]

Therefore, pursuant to petitioner's July 22, 2013 Notice of Election, the action is hereby dismissed without prejudice.

DATED: *July 30, 2013*

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:
Dated: July 25, 2013.

*Stephen Hillman*
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In the Court's July 10, 2013 Minute Order, petitioner was cautioned that, if he elected Option 4, "any subsequent habeas petition filed in this Court will be subject to the one-year statute statute of limitations and to any applicable procedural bars, and that the statute of limitations is not tolled during the time in which his Petition or any other federal habeas petition has been pending in this Court."